SEAN CASEY, Plaintiff, v PAUL RUFFINO et al., Defendants. DECOLATOR, COHEN & DiPRISCO, LLP, et al., Nonparty Respondents; LYSAGHT, LYSAGHT AND KRAMER, P.C., Nonparty Appellant.

Submitted December 8, 2003; decided December 23, 2003

Appeal by nonparty appellant Lysaght, Lysaght & Kramer, P.C., dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Appellate Division did not have the power to grant leave to appeal to the Court of Appeals on a certified question from an order granting a new hearing (*see* CPLR 5601 [c]; 5602 [b] [1]; *Maynard v Greenberg*, 82 NY2d 913). This dismissal is without prejudice to nonparty appellant taking any further action that may be available (*see* CPLR 5514 [a]).